UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTONIO SANCHEZ-PEREZ | CIVIL ACTION NO.:  3:21-cv-607 |
| **Plaintiff,** | |
| v. | PETITION FOR REMOVAL BASED UPON DIVERSITY OF CITIZENSHIP |
| WALMART, INC. | |
| **Defendant.** | MAY 3, 2021 |

### PETITION FOR REMOVAL

**TO:** Clerk of the United States District Court
District of Connecticut

NOW COMES the defendant, Walmart, Inc., hereafter referred to as "Petitioner," and through the undersigned respectfully petitions this Honorable Court as follows:

1. Petitioner is the defendant in a civil action bearing Docket No. FBT-CV21-6105352-S pending in the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport (hereafter, the "Action"). The Return Date for this Action is May 4, 2021. A copy of the Summons and Complaint in this Action is attached hereto as **Exhibit A**.

2. This Action sounds in negligence and arises from an incident that allegedly occurred on or about May 14, 2019 within the interior of the Walmart store located at 150 Barnum Avenue Cutoff in Stratford, Connecticut. In his Complaint, the plaintiff alleges that he was caused to slip and fall on a wet floor that had just been cleaned by a floor cleaner.

3. The plaintiff alleges that the Petitioner, through the acts and/or omissions of its agents, servants and/or employees, was negligent in one or more of the following ways:

    a.  In that it failed to warn prospective customers of the dangerous and slippery conditions existing thereon; and

    b.  In that it failed to properly inspect the interior of the store in order to discover said dangerous and slippery conditions.

  4.  In his Complaint, the plaintiff alleges that as a result of said fall he sustained serious and painful injuries, part or all of which may be permanent in nature, including a head contusion, rib contusion, a right wrist fracture, nervousness/nerves/tension due to trauma, shock and stress. He alleges that as a result of said suffering and injuries, he has incurred and will continue to incur expenses for hospital/medical care and treatment, prescription and over-the counter drugs, X-rays and other diagnostic imaging procedures, and physical therapy.  The plaintiff further alleges that as a consequence of sustaining said injuries, he has been caused to suffer overall physical discomfort which imposes limitations on his capacity to carry on and enjoy all of life's other activities.  The plaintiff also alleges that as a further consequence of suffering and injuries, he has been caused to lose time and wages from his regular employment.

  Based upon the allegations set forth by the plaintiff, the amount in controversy is over $75,000.00.

  5.  This Action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, the Petitioner respectfully states and represents to the Court as follows:

    a. By Complaint dated March 30, 2021, the plaintiff filed suit against the Petitioner.  Service was accomplished on Walmart, Inc. on April 5, 2021, through CT Corporation System, the Petitioner's registered agent for

service. The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport.

b. The Plaintiff is a resident of Bridgeport, Connecticut. (Please see Summons, attached at **Exhibit A**.)

c. The Petitioner, Walmart, Inc., is a Delaware corporation, with its principal place of business in Bentonville, Arkansas.

d. In his Complaint, the plaintiff alleges that as a result of the subject incident, he sustained personal injuries as outlined in Paragraph 4 above, including a fractured wrist. The plaintiff claims past medical expenses associated with these injuries and alleges that he may be required to make expenditures for medical services in the future. He further claims lost wages. Accordingly, the amount in controversy exceeds $75,000.00.

7. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the plaintiff and the Petitioner and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

8. Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the plaintiff's claims occurred within the State of Connecticut and the Petitioner is subject to personal jurisdiction in Connecticut.

9. Pursuant to 28 U.S.C. §1446(d), the Petitioner has on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A copy of the Certificate of Removal filed with the Superior Court is attached hereto as **Exhibit B**.

**WHEREFORE,** based upon the foregoing, the Petitioner respectfully requests that this Action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport, be discontinued.

Respectfully submitted,

DEFENDANT/PETITIONER,
WALMART, INC.

By: */s/ Maria Alexander*
Maria Alexander, Esq.
Federal Bar No.: (ct25479)
Freeman Mathis & Gary, LLP
CityPlace II
185 Asylum Street, 6th Floor
Hartford, CT 06103
Phone: 959-202-5150
Fax: 770-937-9960
Maria.alexander@fmglaw.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANTONIO SANCHEZ-PEREZ** | **CIVIL ACTION NO.:** |
| **Plaintiff,** | |
| v. | **CERTIFICATE OF SERVICE** |
| **WALMART, INC.** | |
| **Defendant.** | **MAY 3, 2021** |

     I hereby certify that on May 3, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy was also served via e-mail, upon:

David H. Dworski, Esq.
883 Black Rock Turnpike
Fairfield, CT 06825
*Attorney for Plaintiff, Antonio Sanchez-Perez*


                                              */s/ Maria Alexander*
                                              Maria Alexander, Esq.
                                              Federal Bar No.: (ct25479)